FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG -7 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>THE EXTRADITION OF<br>Akil Jamal WHYTE | Criminal Action No.<br>1:19-MJ-647 |

### Motion to Unseal Complaint for Provisional Arrest

The United States of America, by Byung J. Pak, United States Attorney, and Ryan J. Huschka, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Complaint for Provisional Arrest** in the above-styled case and in support thereof shows that the Defendant has been arrested.

WHEREFORE, the government respectfully requests that **Complaint for Provisional Arrest** be unsealed.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/Ryan J. Huschka
   *Assistant United States Attorney*
Georgia Bar No. 993353
Ryan.Huschka@usdoj.gov

2

## Certificate of Service

The United States Attorney's Office served this document today by handing a copy to defense counsel:

Counsel for Defendant

August 7, 2019

/s/ Ryan J. Huschka
———————————————
Ryan J. Huschka
*Assistant United States Attorney*