**MAGISTRATE'S CRIMINAL MINUTES - COMPLAINT**  FILED IN OPEN COURT

| | |
|---|---|
| DATE: | 8/7/19 @ 2:40 pm |
| TAPE: | FTR Gold |
| TIME IN COURT: | 11 Mins. |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | JANET F. KING | COURTROOM DEPUTY CLERK: | K. Thornton |
| CASE NUMBER: | 1:19-MJ-647-LTW | DEFENDANT'S NAME: | Akil Jamal Whyte |
| AUSA: | Ryan Huschka | DEFENDANT'S ATTY: | Caitlyn Wade |
| USPO / PTR: | | ( ) Retained   ( ) CJA   (X) FDP   ( ) Waived | |

___ Arrest Date _____

__X__ Initial appearance hearing held.

___ Interpreter sworn: _____

### COUNSEL

__X__ ORDER appointing Federal Defender as counsel for defendant.    ___ INITIAL APPEARANCE ONLY.

___ ORDER appointing _____ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: _____

___ ORDER giving defendant _____ to employ counsel.   ( ) Verbal   ( ) Order to follow

### PRELIMINARY HEARING

___ Preliminary hearing set/reset/cont to _____ @ _____

__X__ Defendant WAIVES Extradition.   __X__ WAIVER FILED

___ Preliminary hearing HELD.   ___ Probable cause found; defendant held to District Court

___ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

___ Government motion for detention filed. Pretrial hearing set for _____ @ _____

___ Temporary Commitment issued. Remanded to USM.

___ Bond/Pretrial detention hearing held.

__X__ Government motion [ORAL] for detention   (X) Granted   ( ) Denied   ( ) Waived   ( ) Withdrawn

___ Pretrial detention ordered.   ___ Written order to follow.

___ BOND set at _____   ___ NON-SURETY   ___ SURETY

___ cash   ___ property   ___ corporate surety ONLY

___ SPECIAL CONDITIONS: _____

___ Bond filed. Defendant released.

___ Bond not executed. Defendant to remain in Marshal's custody.

___ Motion ( ) verbal   to reduce/revoke bond filed.

___ Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED