FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG - 7 2019

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| THE EXTRADITION OF ) | Criminal Action No. |
| ) | |
| AKIL JAMAL WHYTE ) | 1:19-MJ-647 |

## ORDER

The Court having received the Complaint filed on July 31, 2019, by Ryan J. Huschka, Assistant United States Attorney for the Northern District of Georgia pursuant to the request of the Government of Canada, for the provisional arrest and extradition of Akil Jamal WHYTE, and an affidavit executed by Akil Jamal WHYTE and witnessed by his attorney;

And, further, the Court having been advised in open session that Akil Jamal WHYTE is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Akil Jamal WHYTE be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of Canada, at which time the United States Marshal shall deliver him to the custody of such authorized representatives to be transported to Canada to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Akil Jamal WHYTE shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Canada.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 7th day of August, 2019.

Janet F. King
United States Magistrate Judge
Northern District of Georgia